UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER 10-0128 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SALVADOR GONZALEZ-HERNANDEZ | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress, as supplemented [Doc. Nos. 20 & 25], filed by Defendant Salvador Gonzalez-Hernandez is hereby **DENIED**.

MONROE, LOUISIANA, this 8th day of December, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE